The People of the State of New York,
against
Samuel Cherry, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J.), rendered December 6, 2016, after a nonjury trial, convicting him of occupying multiple seats on a subway car and placing a foot on a subway seat car, and imposing sentence.




Per Curiam.
Judgment of conviction (Ann E. Scherzer, J.), rendered December 6, 2016, affirmed.
The verdict convicting defendant of occupying multiple seats on a subway car (see 21 NYCRR 1050.7[j][1]) and placing a foot on a subway seat car (see 21 NYCRR 1050.7[j][2]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). The credibility issues raised by defendant were properly placed before the trier of fact and we find no reason on the record before us to disturb the court's determination to credit the police officers' eyewitness testimony that, in violation of New York City Transit Authority Rules, defendant was sleeping across multiple seats in a crowded subway car with his foot on a seat. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT. 
I concur I concur
Decision Date: October 22, 2019